I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/16/2011

DEPUTY CLERK

JS-6
ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK A. LANCASTER,

Petitioner,

vs.

AREF FAKHOURY, Warden (A),

Respondent.

Case No. SACV 10-1933-MMM (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE